DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SERENA L. COLVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SERENA L. COLVIN,<br><br>          Defendant. | CR. S-11-105-FCD<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR STATUS CONFERENCE AND EXCLUDE TIME<br><br>DATE: May 9, 2011<br>Time: 10:00 a.m.<br>Judge: Frank C. Damrell, Jr. |

   Defendant, SERENA L. COLVIN, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, hereby stipulate that the status conference/change of plea set for April 25, 2011, be rescheduled for a status conference/change of plea on Tuesday, May 9, 2011, at 10:00 a.m.

   This continuance is being requested because defense counsel will be out of town and requires additional time to discuss plea negotiations with the defendant prior to the change of plea hearing.

/ / /

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 9, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: April 19, 2011

                                                       Respectfully Submitted,

                                                       DANIEL J. BRODERICK  
                                                       Federal Defender

                                                       /s/ Dennis S. Waks  
                                                       Supervising Assistant  
                                                       Federal Defender  
                                                       Attorney for Defendant  
                                                       SERENA L. COLVIN

DATED:  April 19, 2011                  BENJAMIN B. WAGNER  
                                                       United States Attorney

                                                       /s/  Dennis S. Waks for  
                                                       MICHELLE RODRIGUEZ  
                                                       Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: April 19, 2011

                                                       FRANK C. DAMRELL, JR.  
                                                       UNITED STATES DISTRICT JUDGE